UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AIR INDIA, LTD., et al.,

                Plaintiffs,

  -against-

UNA F. BRIEN, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
00-CV- 1707 (ILG)

      An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on January 25, 2007, granting the government's motion for summary judgment dated August 31, 2000; and denying the airlines' cross-motion for summary judgment dated January 17, 2001; it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that the government's motion for summary judgment dated August 31, 2000 is granted; and that the airlines' cross-motion for summary judgment dated January 17, 2001 is denied.

Dated: Brooklyn, New York
       February 13, 2007

                                          ROBERT C. HEINEMANN
                                          Clerk of Court